| | |
|---|---|
| The Employment Law Firm | |
| Cynthia L. Pollick, LLM | Attorney for Plaintiff |
| I.D. No.: 83826 | |
| 363 Laurel Street | |
| Pittston, PA 18640 | |
| (570) 654-9675 | |

_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER DELHAGEN, | : | CIVIL ACTION – LAW |
| | : | |
| Plaintiff, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| KEN MCDOWELL, in his Official | : | |
| and Individual Capacity, | : | |
| | : | |
| Defendant. | : | NO. 08-285 |

## **MOTION FOR TRIAL DATE AND JUDGE ASSIGNMENT**

COMES NOW, the Plaintiff, by and through her attorney, Cynthia L. Pollick, Esquire, and requests a trial date and judge assignment since Judge Vanaskie, who presided over this matter has been elevated to Circuit Judge. In support of this motion, Plaintiff states as follows:

1.   Summary judgment was denied on 3/24/2010.

2.   Pursuant to the Case Management Order, trial was scheduled for June in this matter.

3. Due to Judge Vanaskie's elevation, Plaintiff requests assignment of the District Judge who will be handling this matter along with a trial date.

4. Plaintiff's counsel emailed Defendants' counsel for his concurrence on Friday, May 21, 2010, but has not received his answer to the same at the time of filing.

**WHEREFORE**, Plaintiff requests that this Court grant her motion for trial date and judge assignment.

By: /s Cynthia L Pollick
Cynthia L. Pollick, Esquire
Pa. I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675

## CERTIFICATE OF SERVICE

Cynthia L Pollick, Esquire, hereby certifies that on May 24, 2010, she served a copy of Plaintiff's Motion for Trial Date and Judge Assignment by serving a copy via electronically on Defendants:

Mr. Joel Wolff, Esquire
Elliott Greenleaf Dean
201 Penn Avenue, Suite 202
Scranton, PA 18503

s/ Cynthia L. Pollick
Cynthia L Pollick, Esquire