# LIST OF EXHIBITS

CASE CAPTION: Delhagen v. McDowell, et al.        CASE NUMBER: 08-285

MIDDLE DISTRICT OF PENNSYLVANIA        JUDGE: Judge James F. McClure, Jr.

DATE:_____

| PLFT | DEFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | WITNESS ON STAND | RULING |
|---|---|---|---|---|---|
| 1 | | McDowell's 1/6/08 letter to Lackawanna County regarding staff changes | | | |
| 2 | | Termination Letter on Heather Delhagen dated 1/7/08 | | | |
| 3 | | Termination Letter on Michael Shumek dated 1/7/08 | | | |
| 4 | | Employer's Notice of Application that states reason for firing "change of administration" | | | |
| 5 | | Letter of Recommendation from Thomas Durkin dated 1/16/08 | | | |
| 6 | | Letter of Recommendation from Gene Talerico dated 2/3/08 | | | |
| 7 | | Letter of Recommendation from Mary F. Rinaldi dated 2/4/08 | | | |
| 8 | | Letter of Recommendation from Thomas Arduino dated 2/21/08 | | | |
| 9 | | Listing of Audits done by Heather Delhagen | | | |
| 10 | | Lackawanna County Personnel Report | | | |
| 11 | | Heather Delhagen Pay Stub | | | |
| 12 | | Lackawanna County Pension Benefit Statement | | | |
| 13 | | SEIU Local 668 Authorization for Dues | | | |
| 14 | | SEIU 668 Grievance dated 1/10/08 | | | |
| 15 | | Lackawanna County denial of grievance | | | |
| 16 | | 3/10/2008 Letter from Delhagen requesting arbitration | | | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | | Newspaper Article titled "Many taxpayers due refunds" dated 9/3/07 | | | |
| 18 | | Newspaper Article titled "Union critical of ex-tax collector" dated 3/13/2008 | | | |
| 19 | | Press Release dated 11/20/2008 on Indictment of Costanzo | | | |
| 20 | | 30(b)6 Transcript | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| | | | | | |

**Plaintiff reserves the right to use any enlargement, compilation or summary of an exhibit at trial.  Plaintiffs also reserve the right to supplement this list with any documents exchanged by the parties during discovery, or listed by Defendants as an Exhibit.